Markein O. Vernon
_____
FULL NAME

_____
COMMITTED NAME (if different)

P.O. Box 3100
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Chino, CA. 91708
_____

V16750
_____
PRISON NUMBER (if applicable)

**FILED**
CLERK, U.S. DISTRICT COURT

9/28/22

CENTRAL DISTRICT OF CALIFORNIA
BY: nnc DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Markein Vernon

PLAINTIFF,

v.

M. Larios, individually

DEFENDANT(S).

CASE NUMBER
5:22-cv-01457-SSS-MAA
_____
*To be supplied by the Clerk*

FIRST AMENDED COMPLAINT
_____

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____N/A_____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____ N/A _____

_____

Defendants _____ N/A _____

_____

b. Court ___ N/A _____

_____

c. Docket or case number ____ N/A _____

d. Name of judge to whom case was assigned ____ N/A _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ___ N/A _____

f. Issues raised: ____ N/A _____

_____

_____

g. Approximate date of filing lawsuit: ____ N/A _____

h. Approximate date of disposition ____ N/A _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☒ Yes ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ____ Markein Vernon ____

(print plaintiff's name)

who presently resides at ____ C.I.M.; PO Box 3100; Chino, CA. 91708 ____,

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

____ M. Larios at R.J. Donovan State Prison ____

(institution/city where violation occurred)

on (date or dates) 10/07/2020 _____, _____, _____.
                       (Claim I)             (Claim II)             (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   M. Larios _____ resides or works at
           (full name of first defendant)

       R.J. Donovan Correctional Facility; 480 Alta Rd.; San Diego, CA. 92179
       (full address of first defendant)

       Correctional Officer/Peace Officer Badge #87928
       (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:

       At the time of the incident I was in her custody and she personally
       acted with deliberate indifference under the color of law.
       See attached.

2. Defendant _____ resides or works at
           (full name of first defendant)

           (full address of first defendant)

           (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
           (full name of first defendant)

           (full address of first defendant)

           (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

My Eighth Amendment Rights. Please see attached.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Please see attached.

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**D. Claims:**

Objectively, the cruel actions of the defendant at the scene of the incident, being fully aware of my physical and mental vulnerability to harm and injury ignored safe protocol. After I was cuffed and restrained I was intentionally left vulnerable to attack.

Subjectively, the defendant was reckless and/or deliberately indifferent since the defendant was in charge of my safety was aware of the risk of attack by other inmates and choose to ignore the danger posed by the approximately 40 inmates in my immediate vicinity; who were not restrained at the time. At all times the defendant involved here knew of my Enhanced Out Patient (EOP) status, since I was housed in an EOP unit as indicated by the enclosed Exhibit A "Incident Report". The instant incident created mental anguish when I was attacked while I was unable to see or protect myself. The immediate effect of a mental collapse is not always apparent. However, the fragile nature of a person with my mental illnesses only magnifies the attack that occured; creating a lifetime of anguish and reaction. Officer Larios knew, or should have known, the risk of harm that such an occurrence could or would have on the Plaintiff. The "EOP" designation relates to mental health issues of the inmate. In my case, I suffer from PTSD, Bi Polar Mania, and Schizophrenia; all of which are debilitating and made worse from the reckless and deliberate indifference actions of the defendant which are complained of in this matter.

The defendant failed, knowingly and with indifference to protect me

from assault by ignoring the protection of my safety, both physically
and mentally; which amounts to a civil and constitutional violation of
my Eighth Amendment United States Constitutional rights.


On October 7, 2020 while incarcerated at Richard J. Donovan
Correctional Facility while standing in line to get my evening meal I
was attacked by Inmate E. Smith, BI6705, which resulted in an
altercation between inmate Smith and myself. As a result the
Correctional Officers subdued Inmate Simth and I after being sprayed by
the Correctional Officers with an aerosol which we were told was MK-9
Oleoresin CApsicum (OC) spray. Once cuffed, restrained and in the
control of Correctional Officer M. Larios, Defendant #1. Petitioner was
defenseless, could not see, and dependent on Defendant #1 for his
physical and mental protection.


**Supporting Facts:**


Defendant #1 - M. Larios, left me vulnerable to attack when she
stopped watching me, she moved away from me turning away and out of an
area where she could protect me. In CDCR when an altercation erupts the
Correctional Officer staff issues an alarm where all inmates are ordered
to get in a seated or prone position while the Correctional Officers
rush to the location of the alarm. The purpose of this response is to
ensure that the incident does not expand and that the inmates and
officers alike are protected. In an incident like the instant matter
occurs all staff and officers are alerted to the specific danger to the
inmates and as such the defendant was alerted to the likelyhood of

danger to the vulnerable inmates that they have in custody. In this case the defendant was clearly aware of the specific treat to the Plaintiff and failed to act to prevent the attack as cited in Struggs v. Marshall No. C-92-1499-JPV, 1993 U.S. Dist. LEXIS 7964, at *4(N.D. Cal. May 28, 1993). The lack of attention to the safety of the completely vulnerable Petitioner was obviously deliberate indifference to my safety. As the person in harms way, my mental illness was spiked. Being handcuffed and unable to see or breath well, because of he MK-9 spray, I could not see inmate Lopez (AW4432) jump up from the floor and move toward me. Standing, cuffed, and blinded by the spray I felt someone attack me. As the blows hit me I was surprised and defenseless. When I was hit I did not know if it was a Correctional Officer or an inmate. From the noise I realized a riot might be kicking off. I did not know that I was the only person being attacked. Though I could not see, I could sense that I was left alone and unprotected, which proved true from the Incident Reports filed by the Correctional Officers Angon, Alvarez, Arguilles, Llames, Duarte, and the defendant; who were at the scene (see Exhibit A). I was ignored by the defendant as she moved out of my protective zone and released her baton, again according to the Incident Reports written by the Officers at the scene. I was left to take the brunt of the attack. The attacker punched me in the torso and the face and I suffered bruising to my body, bloody lip, emotional and mental damage (see Medical Report Exhibit B).

In prison it is not uncommon for an inmate in a vulnerable position to be severely damaged and/or stabbed when restrained and left unprotected. At the time of the incident I knew that I could easily have

been stabbed, injured or even killed and my mental illnesses kicked in. Since this incident I have not felt any sense of security or safety while in prison. Some may think that inmates safety and security are forfeited by being incarcerated. However, this is not true. Prisoner's rights to health and personal security are protected by the Eighth Amendment of the United States Constitution. In this case, those rights were violated by the reckless and deliberate indifference of the defendant in this matter. Confirmation of the deliberate indifference actions of Correctional Officer M. Larios are stated in the Narrative Incident Reports and Supplemental Reports of Correctional Officers Duarte, Llamas, Angon and confirmed by my Medical Reports and Video evidence or the event.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Two Hundred Fifty Thousand Dollars ($250,000).

_____9/28/22_____

*(Date)*

_____

*(Signature of Plaintiff)*

EXHIBIT A

Name: VERNON, MARKEIN O.

CDC #: V16750   PID #: 11967600

ISSS003B

# Rules Violation Report

Thursday October 08, 2020 12:23:02 AM

| | |
|---|---|
| Violation Date: 10/07/2020 | Violation Time: 17:25:00 |
| Facility Where Inmate Housed: RJD-Facility E | |
| RVR Log #: 000000007035397 | |
| Rule Violation #: 3005(d)(1)-[41]-Fighting | |
| Facility Where RVR Occurred: RJD-Facility E | |
| Location: DAYROOM | |
| Watch: 3rd Watch | With STG Nexus: No |
| Lab Results ID Number: | |
| Alleged behavior was bizarre or unusual for any inmate: No | |
| Alleged behavior was uncharacteristic for this inmate: No | |

## Incident Parameters

| | |
|---|---|
| Related Incident Report #: 000000000013295 | Violence: Yes |
| Violence Against: I/M Same Race | In Cell Violence: No |

## Inmate Characteristics (on date of Violation)

MH LOC: EOP

Inmate Housing Location: RJD-E - E  023A2 - 206001L

Learning Disability:

DDP Status: NCF

DPPV: None

TABE Reading: 11.3

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences N/A of the continued misconduct?:

Did the reporting employee take into consideration the severity of the inmate's disability and the need for N/A adaptive support services when determining the method of discipline?:

RVR Status: Classification Needed

As of Date: 10/08/2020

## Circumstances of Violation

On Wednesday, October 7, 2020 at approximately 1725 hours while performing my duties as the E Yard 2 Officer, I was monitoring housing unit 23 A pod day room floor for the evening meal release, when suddenly I observed Inmates, SMITH #BI6705 (identified using his state identification card), and VERNON #VI6750 (identified using his state identification card) on the lower tier fighting each other. Both inmate were trading strikes with their hands clenched to fists, to the upper torso and facial area in front of cell 101. I gave both inmates a loud, direct verbal order to "Stop fighting and to get down on the ground", with negative results as both inmates continued striking each other with clenched fists in the upper torso and facial area. I again gave clear, loud, verbal orders to "Get down!", with negative results. Both Inmates continued to strike each other with their fists in the upper torso and facial area. I again gave both inmates clear, loud verbal orders to "Get down!", with negative results. Do to the possibility of Great Bodily Injury, if the fight was allowed to continue, I utilized my state issued MK-9 Oleoresin Capsicum (OC) canister and deployed one (1), approximately three (3) second burst from approximately six (6) feet away; aiming and striking my intended target of inmate Smith's and inmate Vernon facial area with negative results. Inmate Vernon and Inmate Smith continued striking each other with clenched fists in the upper torso and facial area. I again gave clear, loud, verbal orders to "Get down!", with negative results. Due to the possibility of Great Bodily injury, if the fight was allowed to continue, I again utilized my state issued MK-9 Oleoresin Capsicum (OC) canister and deployed one (1), approximately three (3) second burst from approximately six (6) feet away; aiming and striking my intended target of inmate Smith's and inmate Vernon facial area with positive results. Both inmates got down in the prone position. Responding Officers arrived on scene and I observed Officer M.Larios place Inmate Vernon in restraints. I placed Inmate Smith in restraints while officer I.Sosa performed a clothed body search with negative results and took custody of inmate Smith. As Officer M.Larios was escorting inmate Vernon out of housing unit #23 A pod. I observed inmate Lopez #AW4432 strike inmate Vernon in the upper torso area. I then assisted Officer A.Llamas to maintain control of inmate Lopez as he was on the floor. I placed my right and left hand on both of Lopez's hands, gripping them and keeping them in place to minimize movement, while simultaneously giving him a direct order to stop resisting, with negative results. Inmate Lopez's continued to move his body in a back and forth motion trying to break away from my grip. I then placed my right knee on Lopez left shoulder, utilizing my body weight, to minimize his movement with positive results. Officer G.Alvarez was then able to place Lopez in handcuffs. Once in handcuffs Officer Alvarez escorted inmate Lopez out of the affected area. All involved inmates received CDCR 7219 Medical Report of Injury or Unusual Occurrence and were then escorted out of the housing unit. I then reported to facility E clinic for a 7219. I was offered access to peer support services to which I declined.

PERNR 100056

---

**Classification of Violation**

Level: Serious

Referred To:

Offense Division: Division D

Felony Prosecution Likely:

---

Initial Copy Pre-Activity 1
Counter:

Hearing Pre-Activity Counter: 0

---

**Related Electronic Documents**

| Type | Date | Title | Source | Nbr of Pages |
|------|------|-------|--------|--------------|
| | | No Rows Found | | |

**Actions Taken** (1 - 2 of 2)

| Date | Time | Type | Staff | Assigned To | Elapsed Days |
|------|------|------|-------|-------------|--------------|
| 10/08/2020 | 00:22:30 | RVR Approved by Supervisor | Canedo, [CAJU015] | Benyard, [BEEV001] | 1 |
| 10/07/2020 | 22:26:48 | RVR Ready for Review by Supv. | Duarte, [DUCH009] | Canedo, [CAJU015] | 0 |

**Effective Communications**

| Interaction Date | Interaction Time | Interaction Type |
|------------------|------------------|------------------|
| | No Rows Found | |

**Mental Health Assessment**

| Completed Date | Completed Time |
|----------------|----------------|
| | No Rows Found |

**Related Standard Forms** (1 - 1 of 1)

| Date Prepared | Time Prepared | Type of Form | Staff Prepared By | Awaiting Review By | Status |
|---------------|---------------|--------------|-------------------|--------------------|--------|
| 10/07/2020 | 22:26:48 | Rules Violation Report | Duarte, ( [DUCH009] | Benyard, [BEEV001] | Awaiting Review |

**Scanned Documents**

| C-File Section Code | Document Type | Sub-Type | Document Date | Status |
|---------------------|---------------|----------|---------------|--------|
| | | No Rows Found | | |

Prepare To Update        Prior Page

Show Last Updated Information

PERNR 100056

---

**Classification of Violation**

Level: Serious

Referred To:

Offense Division: Division D

Felony Prosecution Likely:

---

Initial Copy Pre-Activity 1
Counter:

Hearing Pre-Activity Counter: 0

---

## Related Electronic Documents

| Type | Date | Title | Source | Nbr of Pages |
|------|------|-------|--------|--------------|
| | | | No Rows Found | |

## Actions Taken (1 - 2 of 2)

| Date | Time | Type | Staff | Assigned To | Elapsed Days |
|------|------|------|-------|-------------|--------------|
| 10/08/2020 | 00:24:34 | RVR Approved by Supervisor | Canedo, [CAJU015] | Benyard, [BEEV001] | 1 |
| 10/07/2020 | 22:21:19 | RVR Ready for Review by Supv. | Duarte, [DUCH009] | Canedo, [CAJU015] | 0 |

## Effective Communications

| Interaction Date | Interaction Time | Interaction Type |
|------------------|------------------|------------------|
| | No Rows Found | |

## Mental Health Assessment

| Completed Date | Completed Time |
|----------------|----------------|
| | No Rows Found |

## Related Standard Forms (1 - 1 of 1)

| Date Prepared | Time Prepared | Type of Form | Staff Prepared By | Awaiting Review By | Status |
|---------------|---------------|--------------|-------------------|--------------------|--------|
| 10/07/2020 | 22:21:19 | Rules Violation Report | Duarte, [DUCH009] | Benyard, [BEEV001] | Awaiting Review |

## Scanned Documents

| C-File Section Code | Document Type | Sub-Type | Document Date | Status |
|---------------------|---------------|----------|---------------|--------|
| | | No Rows Found | | |

**Prepare To Update**    **Prior Page**

Show Last Updated Information

CDCR
REPORT NO. IRTR161 - 12

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 45
**PROCESSED:** 10/13/2020 15:17
**REQUESTOR:**

**ELECTRONIC DOCUMENT**

**DOCUMENT TYPE:** Other
**TITLE:** FLSA
**PREPARED BY STAFF MEMBER INVOLVED:** D. Arguilez
**PAGE NUMBER:**      1

**(If document file type is supported, document will start on the next page)**

CDCR                      **INCIDENT REPORT PACKAGE**        **PAGE:** 17
REPORT NO. IRTR161 - 12                          **PROCESSED:** 10/13/2020 15:17
               **INCIDENT LOG NUMBER: 000000000013295**      **REQUESTOR:**

## STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** Arguile: | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 10/08/2020 | **CREATED TIME:** 16:46:34 |

### NARRATIVE

On Wednesday, October 07, 2020, at approximately 1725 hours, Correctional Officer (C/O) C. Duarte, observed Inmate (I/M) Smith, E. (BI6705, 23-A102-1L) and Inmate Vernon, M. (V16750, 23-A206-1L) fighting near cell A101. C/O I. Sosa announced the Code 1 on her state issued radio and C/O C. Angon activated her personal alarm. C/O Duarte responded towards the area and ordered I/M Smith and I/M Vernon to get down with negative results. Fearing that one of the involved inmates could suffer Great Bodily Injury if allowed to continue their actions, C/O Duarte utilized a three (3) second burst of Oleoresin Capsicum (OC) from his state issued MK-9 canister, spraying I/M Smith and I/M Vernon with OC in their facial areas. The OC was ineffective and I/M Smith and I/M Vernon continued to fight. C/O Duarte gave additional orders for I/M Smith and I/M Vernon to get down with negative results, necessitating him to utilize another three (3) second burst of OC towards the facial areas of I/M Smith and I/M Vernon. The second burst of OC was effective and I/M Smith and I/M Vernon complied with orders to get down. Responding staff arrived and I/M Smith and I/M Vernon were handcuffed. I/M Smith and I/M Vernon were given clothed body searches at the incident site for any possible contraband or weapons with negative results. As C/O M. Larios was escorting I/M Vernon out of the housing unit, I/M Lopez, J., (AW4432, 23-A206-3L) stood up and ran towards I/M Vernon, swinging his fists towards I/M Vernon's facial and upper torso areas. C/O Larios released I/M Vernon from her escort and stepped forward, extending her expandable baton while ordering I/M Lopez to get down. C/O A. Llamas and C/O Duarte also observed I/M Lopez battering I/M Vernon and responded to the location. C/O Llamas ordered I/M Lopez to get down. I/M Lopez refused to comply necessitating C/O Llamas to utilize physical force to subdue I/M Lopez. Once on the ground, C/O Duarte assisted C/O Llamas in controlling I/M Lopez until he was handcuffed. I/M Lopez resisted being handcuffed by moving his body in a back and forth motion. C/O Duarte held I/M Lopez' hands together behind his back while C/O G. Alvarez placed I/M Lopez in handcuffs. I/M Lopez was assisted to his feet and escorted out of the unit.
Correctional Sergeant (Sgt.) J. Canedo responded to the incident and instructed the responding staff to escort I/M Smith and I/M Lopez from the housing unit to the Facility E Program Office where they were secured in holding cells. A medical emergency was activated for I/M Vernon and the Emergency Transport Vehicle (ETV) was requested. C/O J. Kuechmann escorted I/M Vernon from the housing unit to the Treatment and Triage Area via the ETV for further evaluation. I/M Vernon was medically cleared in the TTA and he was transported back to the facility. The housing unit was decontaminated from the OC utilizing Cell Block 64 and several fans were placed in the area to circulate air.

Following the incident, I/M Smith and I/M Vernon were returned to their assigned housing. I/M Lopez was rehoused was rehoused in a separate pod without further incident. After further consideration, I/M Smith and I/M Lopez were rehoused on Facility A.

A more detailed account will be given by each involved employee's individual CDCR 837-C Crime/Incident Report. All appropriate Administrative staff members have been advised of this incident. You will be apprised of any further developments, should they occur.

D. Arguilez _____            **DATE:** 10/08/2020
STAFF SIGNATURE

            **BADGE #:** 55109                **PERNR:**

      **NARRATIVE REVIEWED:** No                **REVIEWED BY STAFF:**
           **REVIEWED DATE:**                        **REVIEWED TIME:**

CDCR

REPORT NO. IRTR161 - 12

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 18

**PROCESSED:** 10/13/2020 15:17

**REQUESTOR:**

**STAFF NARRATIVE**

| | |
|---|---|
| **STAFF NAME:** Canedo, | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 10/07/2020 | **CREATED TIME:** 19:48:27 |

**NARRATIVE**

On Wednesday, October 7, 2020 at approximately 1725 hours while performing my duties as E Program Sergeant, I responded to a radio call of a Code 1 alarm of a one on one fight in Housing Unit 23. Upon arriving to Housing Unit 23, I entered A pod Section where I observed Inmate Smith BI6705, E23A-102-1L and Inmate Vernon V16750, E23A-206-1L prone out on the ground in handcuffs. I could see both inmates had been pepper sprayed due to the orange stains on their white shirts and the odor of Oleoresin Capsicum (OC) in the air. I instructed Officer M. Larios to escort Inmate Vernon out of the POD to initiate the decontamination process and get Inmate Vernon medically evaluated. During the escort, Inmate Lopez AW4432, E23A-206-3L got up from the ground, ran towards Inmate Vernon and began punching him in the upper torso and facial area. At that point, numerous commands to get down were given by multiple Officers, I observed Officer A. Llamas grab Inmate Lopez from his upper torso area and place him to the ground. Inmate Lopez continued ignoring verbal orders to stop resisting while on the ground as he kept moving his body in a back and forth manner. Inmate Lopez finally complied with direct orders to stop resisting and was placed in handcuffs. At that point, Inmate Lopez was escorted out of the Pod to the core area for a medical evaluation. Officer R. Downs escorted Inmate Smith out of the affected POD area and into the core area initiating the decontamination process. A medical evaluation was conducted on Inmate Smith by Housing Unit 23 medical staff and then escorted to the Program Office. Upon the conclusion of the medical evaluation, Inmate Lopez was escorted out of the Housing Unit to the Program Office as well. At approximately 1740 hours, a Medical Code 1 was activated for Inmate Vernon per medical staff. The Emergency Transport Vehicle (ETV) arrived and transported Inmate Vernon via ETV to the Triage Treatment Area (TTA) for further medical evaluation. I entered A POD and advised all inmates inside the POD if anyone had been exposed to the OC or if anyone needed medical attention in which they all stated that they were fine. I instructed Officer Larios to have the area decontaminated of OC with cell block and place fans to assist in the decontamination of the POD. Inmate Vernon was medically cleared in the TTA and escorted back to Facility E Program Office. I At that point, I individually interviewed each involved inmate in the Program Office regarding the incident. All three inmates signed compatibility Chronos stating that they didn't consider each other enemies and that they did not have safety concerns with each other nor on the Facility. Even though the compatibility Chronos were signed, it was determined that Inmate Lopez and Inmate Smith will still be rehoused on Facility A. This concludes my involvement in this incident.

| | |
|---|---|
| J. Canedo | **DATE:** 10/08/2020 |
| STAFF SIGNATURE | |
| **BADGE #:** 77147 | **PERNR:** |

| | |
|---|---|
| **NARRATIVE REVIEWED:** Yes | **REVIEWED BY STAFF:** Arguilez, |
| **REVIEWED DATE:** 10/08/2020 | **REVIEWED TIME:** 14:51:44 |

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 29
**PROCESSED:** 10/13/2020  15:17
**REQUESTOR:**

**STAFF NARRATIVE**

| | |
|---|---|
| **STAFF NAME:** Larios, | **NARRATIVE TYPE:** Supplemental Report |
| **CREATED DATE:** 10/09/2020 | **CREATED TIME:** 23:57:09 |

**NARRATIVE**

1. After handcuffing Inmate Vernon, did you perform a search of the immediate area?

Yes, I conducted a search of the immediate area with negative results for contraband.

2. In your report, you state that "responding staff arrived and were able to subdue Inmate Lopez and placed him in a prone position."  Can you describe how?

After Inmate Lopez got down, I observed responding staff utilizing physical force to effect custody and arrest Inmate LOPEZ (AW4432, 23-A206-3L). Due to me diverting my attention back to Inmate Vernon I was unable to see who made initial contact with Inmate Lopez. My attention returned back to Inmate Lopez and I observed Officer Duarte grab Lopez by his hands so Officer Alvarez could place handcuffs on him.

M. Larios
STAFF SIGNATURE

**DATE:** 10/10/2020

**BADGE #:** 87928

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/13/2020

**REVIEWED BY STAFF:** Arguilez,
**REVIEWED TIME:** 09:35:20

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 30
**PROCESSED:** 10/13/2020  15:17
**REQUESTOR:**

| | ACTIONS TAKEN | | | |
|---|---|---|---|---|
| **DATE/TIME** | **ACTION TYPE** | **STAFF NAME** | **REFERRED TO** | **ELAPSED DAYS** |
| 10/13/2020 15:16:37 | Incident Commander Reviewed | Arguilez, | Cortes, | 6 |
| 10/12/2020 17:16:09 | Returned to Reviewer | Duarte, | Arguilez, | 5 |
| 10/09/2020 23:57:09 | Returned to Reviewer | Larios, | Arguilez, | 2 |
| 10/09/2020 15:10:38 | Returned to Reviewer | Llamas, | Arace, | 2 |
| 10/08/2020 17:59:02 | Clarification Requested | Arguilez, | Canedo, | 1 |
| 10/08/2020 17:58:26 | Clarification Requested | Arguilez, | Sosa, | 1 |
| 10/08/2020 17:57:02 | Clarification Requested | Arguilez, | Llamas, | 1 |
| 10/08/2020 17:56:05 | Clarification Requested | Arguilez, | Larios, | 1 |
| 10/08/2020 17:55:36 | Clarification Requested | Arguilez, | Alvarez, | 1 |
| 10/08/2020 17:55:04 | Clarification Requested | Arguilez, | Duarte, | 1 |
| 10/08/2020 17:54:16 | Clarification Requested | Arguilez, | Kuechmann, J | 1 |
| 10/07/2020 17:25:00 | Incident Package Initiated | Arguilez, | | 0 |

CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000013295

PAGE: 27
PROCESSED: 10/13/2020 15:17
REQUESTOR:

## STAFF NARRATIVE

**STAFF NAME:** Llamas,
**CREATED DATE:** 10/07/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 20:41:58

### NARRATIVE

On Wednesday October 7, 2020, at approximately 1725 hours, while performing my duties as Facility E Housing Unit #24 Floor Officer #1, during the controlled dinner feeding inside HU #24. I heard over the institutional radio a call from HU #23 a "Code 1 one on one, two inmates fighting inside A-Pod!" I immediately responded to HU #23 from HU #24. As I ran into HU #23 and A-Pod, I observed multiple officers at the rear of A-Pod by cells 102-103 and multiple inmates on the ground because of the command to "GET DOWN!" Two inmates who were later identified as Vernon (V16750, E23A-206-1L) and Smith (BI6705, E23A-102-1L) appeared to have been sprayed with Oleoresin Capsicum (OC) pepper spray in the facial and upper torso area, because of the odor of OC and the color of orange dye on the inmates shirts. By then both inmates had handcuffs on their wrists. As inmate Vernon was being escorted out of A-Pod in restraints, inmate Lopez (AW4432, E23A-206-3L) stood up and ran towards inmate Vernon and began punching him in the upper torso and facial area. I gave multiple verbal commands to "GET DOWN" (with negative results). To subdue the attacker, I grabbed inmate Lopez with my hands around his shoulder area bringing him to the floor. As I grabbed Lopez's left arm to place handcuffs on him, Officer Duarte also grabbed Lopez's both arms, at which time Officer Alvarez without delay placed hand restraints on Lopez. Subsequently all inmates who were sprayed with OC were removed from the area for decontamination and a 7219 was also performed. Inmate Vernon was taken to TTA for further evaluation. I was also given a 7219 Medical evaluation. This concludes my report.
PERNER #33749

A. Llamas
STAFF SIGNATURE

DATE: 10/07/2020

BADGE #: 69999

PERNR:

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/07/2020

**REVIEWED BY STAFF:** Canedo,
**REVIEWED TIME:** 20:46:06

---

**STAFF NAME:** Llamas,
**CREATED DATE:** 10/09/2020

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 15:10:38

### NARRATIVE

For clarification purposes as to if Inmate Lopez was resisting being handcuffed, yes he was resistive. After I got Lopez to the floor he started to move his upper torso side to side and he wouldn't give me his left arm as he had it tucked under his body. I told him to give me his hand with negative results, I had to reach and grab his arm to pull it from under him, all the while he was trashing his upper torso side to side.

A. Llamas
STAFF SIGNATURE

DATE: 10/09/2020

BADGE #: 69999

PERNR:

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/13/2020

**REVIEWED BY STAFF:** Arguilez,
**REVIEWED TIME:** 09:35:56

CDCR
**INCIDENT REPORT PACKAGE**
**PAGE:** 24

REPORT NO. IRTR161 - 12
**PROCESSED:** 10/13/2020 15:17

**INCIDENT LOG NUMBER: 000000000013295**
**REQUESTOR:**

**STAFF NARRATIVE**

**STAFF NAME:** Duarte,
**NARRATIVE TYPE:** Supplemental Report
**CREATED DATE:** 10/12/2020
**CREATED TIME:** 17:16:09

**NARRATIVE**

1.  Did you perform a search of the immediate area following the initial fight between Inmate Smith and Inmate Vernon?

I performed a brief search of the Immediate area while focusing my attention on my partner's, securing inmate Smith, and Inmate Vernon. My intention was to perform a thorough search of the area. However, I was distracted by a   second incident between Vernon, and Lopez. Once the scene was secure and the inmate's remained down in the day room, I returned to the scene, and performed a search of the immediate area.

2.  Did you assist Inmate Lopez to his feet after he was handcuffed?

Once inmate Lopez was handcuffed and secured I assisted him to his feet.

3.  Did you assist C/O Alvarez in escorting Inmate Lopez out of the pod?

I assisted C/O Alvarez in escorting inmate Lopez out of A pod, and then immediately returned to provide coverage to the incident scene.

C. Duarte
**DATE:** 10/12/2020
STAFF SIGNATURE

**BADGE #:** 87691
**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED BY STAFF:** Arguilez,
**REVIEWED DATE:** 10/13/2020
**REVIEWED TIME:** 09:37:03

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 24
**PROCESSED:** 10/13/2020  15:17
**REQUESTOR:**

## STAFF NARRATIVE

**STAFF NAME:** Duarte,
**CREATED DATE:** 10/12/2020

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 17:16:09

### NARRATIVE

1. Did you perform a search of the immediate area following the initial fight between Inmate Smith and Inmate Vernon?

I performed a brief search of the Immediate area while focusing my attention on my partner's, securing inmate Smith, and Inmate Vernon. My intention was to perform a thorough search of the area. However, I was distracted by a   second incident between Vernon, and Lopez. Once the scene was secure and the inmate's remained down in the day room, I returned to the scene, and performed a search of the immediate area.

2. Did you assist Inmate Lopez to his feet after he was handcuffed?

Once inmate Lopez was handcuffed and secured I assisted him to his feet.

3. Did you assist C/O Alvarez in escorting Inmate Lopez out of the pod?

I assisted C/O Alvarez in escorting inmate Lopez out of A pod, and then immediately returned to provide coverage to the incident scene.

C. Duarte
STAFF SIGNATURE

**DATE:** 10/12/2020

**BADGE #:** 87691

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/13/2020

**REVIEWED BY STAFF:** Arguilez,
**REVIEWED TIME:** 09:37:03

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 21
**PROCESSED:** 10/13/2020  15:17
**REQUESTOR:**

## STAFF NARRATIVE

**STAFF NAME:** Angon,
**CREATED DATE:** 10/07/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 23:31:38

### NARRATIVE

On Wednesday, October 7, 2020, at approximately 1725 hours, while conducting my duties as housing unit 23 floor 2 , I was conducting the evening meal when I heard Officer I. Sosa state, "Code 1 Housing Unit 23 1 on 1". I then activated my personnel alarm device (PAD). I used the buildings public announcement (PA) to order all inmates down & began securing the building. Once all pods were secured, I then responded to A POD near 101 where both Smith (BI6705, 23-A102-1L)  and Vernon (V16750, 23-A206-1L)  were mutually striking each other in the facial and torso area with closed fists. I could smell Oleoresin Capsicum (OC) had been deployed. Both inmates appeared to be exposed to Oleoresin Capsicum (OC) as their shirts had orange stains and their facial area appeared wet. As I approached that area both inmates proceeded to prone out on the ground. I ordered Inmate Smith to place his hands behind his back with positive results as Officer C. Duarte placed him in restraints. I was instructed to advise medical staff at the front podium that two Inmates needed 7219's. After hearing a scuffle I responded back inside A POD where I observed Inmate Lopez (AW4432, 23-A206-3L) on the ground and Inmate Vernon still in restraints no longer being escorted. Not knowing what transpired I took custody of Inmate Vernon and escorted him to the core area of the podium where Officer J. Keuchmann took custody of Inmate Vernon. At 1740 hours per medical staff we were advised to call an Emergency Transport Vehicle (ETV) for Inmate Vernon as he had an injury inside his mouth. Once medical staff arrived, he was escorted by Officer J. Keuchmann to the Triage Treatment Area (TTA) via ETV for further evaluation. This concludes my involvement in this incident.

C. Angon
STAFF SIGNATURE

**DATE:** 10/07/2020

**BADGE #:** 90121

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/07/2020

**REVIEWED BY STAFF:** Canedo
**REVIEWED TIME:** 23:41:34

---

**STAFF NAME:** Alvarez,
**CREATED DATE:** 10/07/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 21:54:49

### NARRATIVE

On Wednesday October 7, 2020 at approximately 1725 hours, while performing my duties as Facility E Housing Unit 25, Floor Officer 2, I was monitoring inmates returning from their evening medication line when I heard via institutional radio, code one Housing Unit 23 one on one. I responded to Housing Unit 23 and upon my arrival to housing unit 23 A pod, I observed Officer Larios conducting a clothed body search of inmate whom later was identified as VERNON (V16750 E-23-A2-206-1L). As inmate VERNON was being escorted by Officer Larios, I proceeded to walk ahead to clear a path for the escort to proceed towards the program office. Suddenly, I heard verbal commands from Officer Larios ordering inmates to get down. I then turned around and observed an inmate who was later identified as LOPEZ (AW4432 E-23-A2-206-3L) getting into a prone position. I proceeded to take custody of inmate LOPEZ by placing hand cuffs on his wrists. I conducted a clothed body search of him and surrounding areas with negative results for weapons and contraband. I escorted inmate LOPEZ to the core area for medical staff to conduct a medical evaluation and relinquishing custody of inmate LOPEZ to Officer Sosa who escorted him to program office. This concludes my involvement in this incident.

G. Alvarez
STAFF SIGNATURE

**DATE:** 10/07/2020

**BADGE #:** 86833

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/07/2020

**REVIEWED BY STAFF:** Canedo,
**REVIEWED TIME:** 22:02:27

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 22
**PROCESSED:** 10/13/2020 15:17
**REQUESTOR:**

## STAFF NARRATIVE

**STAFF NAME:** Alvarez,
**CREATED DATE:** 10/11/2020

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 19:06:19

### NARRATIVE

1.Did you assist Inmate Lopez to his feet after you handcuffed and searched him?
Yes, I assisted inmate Lopez to his feet.

2. Did anybody assist you in escorting Inmate Lopez out of the pod.
Yes, officer Duarte and I escorted inmate Lopez out of the pod.

G. Alvarez
_____
STAFF SIGNATURE

**DATE:** 10/11/2020

**BADGE #:** 86833

**PERNR.**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/13/2020

**REVIEWED BY STAFF:** Arguilez,
**REVIEWED TIME:** 09:37:26

CDCR
REPORT NO. IRTR161 - 12

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER:** 000000000013295

**PAGE:** 27
**PROCESSED:** 10/13/2020 15:17
**REQUESTOR:**

## STAFF NARRATIVE

**STAFF NAME:** Llamas,
**CREATED DATE:** 10/07/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 20:41:58

### NARRATIVE

On Wednesday October 7, 2020, at approximately 1725 hours, while performing my duties as Facility E Housing Unit #24 Floor Officer #1, during the controlled dinner feeding inside HU #24. I heard over the institutional radio a call from HU #23 a "Code 1 one on one, two inmates fighting inside A-Pod!" I immediately responded to HU #23 from HU #24. As I ran into HU #23 and A-Pod, I observed multiple officers at the rear of A-Pod by cells 102-103 and multiple inmates on the ground because of the command to "GET DOWN!" Two inmates who were later identified as Vernon (V16750, E23A-206-1L) and Smith (BI6705, E23A-102-1L) appeared to have been sprayed with Oleoresin Capsicum (OC) pepper spray in the facial and upper torso area, because of the odor of OC and the color of orange dye on the inmates shirts. By then both inmates had handcuffs on their wrists. As inmate Vernon was being escorted out of A-Pod in restraints, inmate Lopez (AW4432, E23A-206-3L) stood up and ran towards inmate Vernon and began punching him in the upper torso and facial area. I gave multiple verbal commands to "GET DOWN" (with negative results). To subdue the attacker, I grabbed inmate Lopez with my hands around his shoulder area bringing him to the floor. As I grabbed Lopez's left arm to place handcuffs on him, Officer Duarte also grabbed Lopez's both arms, at which time Officer Alvarez without delay placed hand restraints on Lopez. Subsequently all inmates who were sprayed with OC were removed from the area for decontamination and a 7219 was also performed. Inmate Vernon was taken to TTA for further evaluation. I was also given a 7219 Medical evaluation. This concludes my report.
PERNER #33749

A. Llamas
STAFF SIGNATURE

**DATE:** 10/07/2020

**BADGE #:** 69999

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/07/2020

**REVIEWED BY STAFF:** Canedo,
**REVIEWED TIME:** 20:46:06

---

**STAFF NAME:** Llamas,
**CREATED DATE:** 10/09/2020

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 15:10:38

### NARRATIVE

For clarification purposes as to if Inmate Lopez was resisting being handcuffed, yes he was resistive. After I got Lopez to the floor he started to move his upper torso side to side and he wouldn't give me his left arm as he had it tucked under his body. I told him to give me his hand with negative results, I had to reach and grab his arm to pull it from under him, all the while he was trashing his upper torso side to side.

A. Llamas
STAFF SIGNATURE

**DATE:** 10/09/2020

**BADGE #:** 69999

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/13/2020

**REVIEWED BY STAFF:** Arguilez,
**REVIEWED TIME:** 09:35:56

**CDCR**
**REPORT NO. IRTR161 - 12**

**INCIDENT REPORT PACKAGE**

**INCIDENT LOG NUMBER: 000000000013295**

**PAGE:** 28
**PROCESSED:** 10/13/2020 15:17
**REQUESTOR:**

## STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** Larios, | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 10/07/2020 | **CREATED TIME:** 18:36:36 |

### NARRATIVE

On Wednesday, October 7, 2020, at approximately 1725 hours, while conducting my duties Facility E Housing Unit 23, Floor Officer 1. I observed Inmate Smith (BI6705, 23-A102-1L) and Inmate Vernon, (V16750, 23-A206-1L) fighting near cell A101. Officer Duarte ordered both inmates to get down with negative results. I observed Officer Duarte aim his MK-9 Oleoresin Capsicum (OC) canister and deploy one (1), approximately two (2) second burst from approximately seven (7) feet away, striking both inmates around the facial area, with negative results. Duarte once again ordered both inmates to get down, with negative results. Duarte deployed another two (2) second burst of OC spray from approximately seven (7) feet away, striking both inmates around the facial area, with positive results. Both inmates separated and proceeded to prone out on the floor. Inmate Vernon was in the prone position near A104. I handcuffed Inmate Vernon and conducted a clothed body search with negative results. I then assisted Inmate Vernon to his feet to escort him to the program office. I escorted Inmate Vernon by grabbing him by his left bicep, when we got to the stair case in A pod I observed Inmate Lopez (AW4432, 23-A206-3L) get up and run towards Inmate Vernon. Inmate Lopez assaulted Inmate Vernon, due to Lopez attacking on the right side I did not see where or if he made contact. I immediately released Inmate Vernon and took a step forward between both inmates, simultaneously extended my baton to an open to the sky position. Responding staff arrived and were able to subdue Inmate Lopez and placed him in a prone position. I turned my attention back to Inmate Vernon so I could continue my escort, at that point I observed Officer Angon taking custody of Inmate Vernon while Officer Alvarez handcuffed Inmate Lopez and escorted him to the core area.

The dayroom in A pod was decontaminated and cleaned with cell block 64 and several fans were left running to help with the decontamination process.

All three Inmates Vernon, Smith, and Lopez returned to their appropriate cells in Housing Unit 23. This concludes my involvement in this incident.

| | |
|---|---|
| M. Larios | **DATE:** 10/07/2020 |
| STAFF SIGNATURE | |

**BADGE #:** 87928

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/07/2020

**REVIEWED BY STAFF:** Canedo,
**REVIEWED TIME:** 23:45:09

# AUDIO/VIDEO SURVEILLANCE SYSTEM (AVSS)
# EVIDENCE REQUEST FORM

I am requesting a Digital Versatile Disc (DVD) of audio/video data from the AVSS. By signing below, I acknowledge I am approved to collect the data and will be responsible for the inclusion of the evidence to the incident package, appeal, or Rules Violation Report (RVR). Additionally, I understand I can be subjected to adverse action and/or criminal prosecution for mishandling the information contained in the DVD or for violating the conditions of this request.

| | | |
|---|---|---|
| Incident Log Number: 13295 | | |
| Appeal Log Number: | | |
| RVR Log Number: | | |
| Inmate Name: | CDCR# | |
| Suspect Name: | CDL/ID #: | |
| Date:10/07/20 | Time:1715-1745 | Specific Location: HU 23, A POD NEAR FRONT OF CELLS 102/103 |

## ITEM DESCRIPTION

| | |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## REASON FOR REQUESTING VIDEO EVIDENCE

| |
|---|
| At approximately 1725 hours, I/M Smith, BI6705 and I/M Vernon, V16750 were observed fighting, resulting in the UOF to stop their actions. Video requested for Inclusion with the Incident Report. |
| |

Requesting Person: _D. Arguilez_    Requesting Person: _____
          (Print Name)                             (Sign Name)

Approved By: _____
             (ISU Supervisor Only)

Agency requesting:_____
          (Other than CDCR Staff)

| To Be Completed By Person Receiving Evidence | |
|---|---|
| Date Requested: | Date Completed: |
| Date/Time Contacted For Pick Up: | Evidence Officer: |
| Date Received: | Time Received: |
| Received By: (Print) | Signature: |
| Additional Information: | |



EXHIBIT B

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)
Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | | DATE |
|---|---|---|---|
| CSP R.J. Donovan | E-Yard / HU-23 | | 10/7/20 |

REASON FOR REPORT ☐ ALLEGATION ☐ ON THE JOB INJURY ☐ USE OF FORCE ☐ INJURY ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE ☐ PRE AD/SEG ADMISSION ☐ R&R ☐ OTHER ___

| NAME | LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|---|
| | Vernon | Markein | V16750 | ~ N/A ~ | ~ N/A ~ |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| RJD HU 23/A·Pod | 10/7/20 | 1725 | 1727 | 1733 | ~ N/A ~ |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

I/P Stated: "No Comment"

MH 7 completed

| INJURIES FOUND? (YES) NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | (17) |
| | 18 |

Right
Left
17
Front
Mouth bleeding
Back

Chemical Agent Exposure? (YES) NO
Chem. Agent Exposure Area: Face  EX
Decontaminated w/ Water? (YES) / NO / REFUSED
Decontaminated w/ Air? YES (NO) / REFUSED
Self-decontamination Instructions given? (YES) NO
Staff issued Exposure packet: ? YES (NO)

| Q 15 min. check times | |
|---|---|
| Initial N/A | 1st Check N/A |
| 2nd Check N/A | Final N/A |

TIME/DISPOSITION
RTC to TTA by ETV @ 1752

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| S. Ymzon / S. Ymp   PT | 67640 | M/T | HU-23 |
| | 142002 | | PT 032 |

# AUDIO/VIDEO SURVEILLANCE SYSTEM (AVSS)
# EVIDENCE REQUEST FORM

I am requesting a Digital Versatile Disc (DVD) of audio/video data from the AVSS. By signing below, I acknowledge I am approved to collect the data and will be responsible for the inclusion of the evidence to the incident package, appeal, or Rules Violation Report (RVR). Additionally, I understand I can be subjected to adverse action and/or criminal prosecution for mishandling the information contained in the DVD or for violating the conditions of this request.

| | | |
|---|---|---|
| Incident Log Number: 13295 | | |
| Appeal Log Number: | | |
| RVR Log Number: | | |
| Inmate Name: | | CDCR# |
| Suspect Name: | | CDL/ID #: |
| Date:10/07/20 | Time:1715-1745 | Specific Location: HU 23, A POD NEAR FRONT OF CELLS 102/103 |

## ITEM DESCRIPTION

| | |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## REASON FOR REQUESTING VIDEO EVIDENCE

| |
|---|
| At approximately 1725 hours, I/M Smith, BI6705 and I/M Vernon, V16750 were observed fighting, resulting in the UOF to stop their actions. Video requested for Inclusion with the Incident Report. |
| |

Requesting Person: _D. Arguilez_____  Requesting Person: _____
             (Print Name)                                  (Sign Name)

Approved By: _____
                 (ISU Supervisor Only)

Agency requesting:_____
                      (Other than CDCR Staff)

| To Be Completed By Person Receiving Evidence | |
|---|---|
| Date Requested: | Date Completed: |
| Date/Time Contacted For Pick Up: | Evidence Officer: |
| Date Received: | Time Received: |
| Received By: (Print) | Signature: |
| Additional Information: | |