Markein Vernon #V16750
C.I.M-B4-MH-333L
P.O. Box 3100
Chino, CA 91708


FILED
Jul 27 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ BreanneChandler DEPUTY

IN THE United States District Court
For the Southern District of California

| | |
|---|---|
| MARKEIN VERNON, Plaintiff, <br><br> v. <br><br> M. Larios, Defendant. | Case No. 3:23-CV-00787-JO-MSB <br> Notice and Prove of Exhaustion of administrated Remedies Pursuant to PLRA <br><br> Judge: THE Honorable Micheal S. Berg <br> Action filed: 10/28/20 |

I 'am Sending in Documentation and Prove showing that I have exhausted all of my Administrated Remedies under the Pursuant to PLRA Act. And all Document's are included with this notice

Markein @ Vernon-#V16750

7/24/23

# STATE OF CALIFORNIA
## INMATE/PAROLEE APPEAL
CDCR-0602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

**Name (Last, First):** Vernon, Markein
**CDC Number:** V16750
**Unit/Cell Number:** E-23-A206
**Assignment:** ADA-Worker

**State briefly the subject of your appeal** (Example: damaged TV, job removal, etc.): Property training C/o's on escorts. And Monetary damages.

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): On October 2020 At Approximately 5:25pm I had a altercation with a inmate because he hit me with a dinner

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): 
(1) I Ask that the C/o's be trained Properly. So that this type of situation want happen again.

**Supporting Documents:** Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason:

**Inmate/Parolee Signature:** _____ **Date Submitted:** 10/28/20

☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**
Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name) Title: _____ Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant: ___/___/___

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment |
|---|---|---|---|
| Vernon, Markein | V16750 | E-23-A2U | A on-Locker |

A. Continuation of CDCR 602, Section A only (Explain your issue): tray. During that altercation I was sprayed in the face and cuffed. once the C/O's got me up off the floor to escort me. They did not use the proper procedures to clear a path for me to walk through. As a Result to that A Inmate hopped up and struck me in my head about 2 to 3 times.

Inmate/Parolee Signature: [signature]  Date Submitted: 10/28/20

B. Continuation of CDCR 602, Section B only (Action requested): (2) I would Like monetary damages

Inmate/Parolee Signature: [signature]  Date Submitted: 10/28/20


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** VERNON, MARKEIN ORLANDO
**CDC#:** V16750
**Current Location:** RJD-Facility E

**Date:** 12/06/2020
**Current Area/Bed:** E 023A2 - 206001L

**Log #:** 000000053703

## Claim #: 001

**Institution/Parole Region of Origin:** RJ Donovan Correctional Facility
**Facility/Parole District of Origin:** RJD-Facility E
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance
**Sub-Category:** Other Staff Misconduct - NOS

### I. CLAIM

Claimant alleges staff did not use proper procedures during an escort that resulted in the claimant being attacked.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

CCR 3001 Subject to RegulationsCCR 3084.1 Right to Appeal

#### B. DOCUMENTS CONSIDERED

CDCR 602 submitted by claimantAVSS footage of incident # 13295

### III. REASONING AND DECISION

On Wednesday, October 7, 2020, at approximately 1725 hours, Inmate (IM) Smith, E., BI6705 and IM Vernon, V16750 were observed fighting inside of Housing Unit 23 A Pod resulting in the use of force to stop their actions and gain their compliance to get down. Subsequently, IM Lopez, J., AW4432 began to batter IM Vernon while he was being escorted out of the housing unit resulting in the use of physical force to subdue him. When the escort of IM Vernon started, all inmates were in a sitting position. IM Lopez jumped up and battered IM Vernon unprovoked. Staff took immediate action to protect IM Vernon and subdue the attacker. However, staff is not liable for the independent criminal actions of IM Lopez.

### Decision: Disapproved

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| B. Phillips [PHBR002] | CDW (A) | 12/05/2020 |

**STAFF USE ONLY**

Appeal #: _____ Date Received: _____
Date Due: _____
Categories: _____
Grievance #: _____

Claimant Name: Marken Vernon   CDCR #: V16756

Current Housing/Parole Unit: E-9-5-A2[...]   Institution/Facility/Parole Region: R.J.D.C.F.

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s:

_____

_____

This is the process to appeal the decision made regarding a claim that is not listed above.

Claim #: _____

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

I am dissatisfied with the response I was given because in reply to the second levels response, that "...staff is not liable for independent criminal actions..." I am making a failure to protect claim. I reiterate my herein action requested.

Monetary damages

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

Yes. There is video of my claim/failure to protect that I have requested be preserved. On Nov 1st 2020 # - I viewed said video and know it exist.


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

Re: Appeal Claims Decision Response

**Offender Name:** VERNON, MARKEIN ORLANDO
**CDC#:** V16750
**Current Location:** RJD-Facility E

**Date:** 03/31/2021

**Current Area/Bed:** E 023A2 - 206003L

**Log #:** 000000053703

---

**Claim # 001**

**Institution/Parole Region of Origin:** RJ Donovan Correctional Facility
**Facility/Parole District of Origin:** RJD-Facility E
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance
**Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 01/15/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

State of California

Department of Corrections and Rehabilitation
Office of Appeals



# Memorandum

To: Claimant

Subject: **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director

Markein O. Vernon #V16750
C.I.M. B4-MH-333L
P.O. Box 3100
Chino, CA 91708



Unite STATE District Court
Southern District of California
office of the clerk
333 west Broadway, Suite 420
San Diego, California 92101

RECEIVED
JUL 27 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Legal mail

91572 PENITENTIA 7-24-23