1  ROB BONTA
   Attorney General of California
2  PREETI K. BAJWA
   Supervising Deputy Attorney General
3  SHAINA ALCHECK
   Deputy Attorney General
4  State Bar No. 345657
   600 West Broadway, Suite 1800
5  San Diego, CA 92101
   P.O. Box 85266
6  San Diego, CA 92186-5266
    E-mail: Shaina.Alcheck@doj.ca.gov
7  *Attorneys for Defendant  Mireya Larios*

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13 **MARKEIN VERNON,** | Case No. 3:23-cv-00787-JO-MSB |
| 14  Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 15  v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| 16 **M. LARIOS,** | |
| 17  Defendant. | |

18

19

20      Plaintiff Markein Vernon and Defendant M. Larios, have resolved this case in

21  its entirety.  Therefore, the parties stipulate to a dismissal of this action with

22  prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

23      Each party shall bear its own litigation costs and attorney's fees.

24      It is so stipulated.

25

26  Dated: 8/9/23          _____

27                          MARKEIN VERNON
                            Plaintiff

28

                                    1

| | |
|---|---|
| 1 | Dated:     8/21/23         _Shaina Alcheck_ |
| 2 | Shaina Alcheck<br>Deputy Attorney General |
| 3 | California Attorney General's Office<br>     Attorneys for Defendant M. Larios |
| 4 | |
| 5 | |
| 6 | LA2022402092 |
| 7 | 43827760.docx |

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (3:23-cv-00787-JO-MSB)

# CERTIFICATE OF SERVICE

| Case Name: | **Markein Vernon (V16750) v. M. Larios** | Case No. | **3:23-cv-00787-JO-MSB** |
|---|---|---|---|

I hereby certify that on <u>August 24, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 24, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Markein O. Vernon
CDCR NO.: V-16750
California Institution for Men
P.O. Box 3100
Chino, CA 91708
*Plaintiff In Pro Per*

Markein O. Vernon
CDCR No.: V-16750
California Institution for Men
P.O. Box 441
CIM - B4 - MH 0 214L
Chino, CA 91708
*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 24, 2023</u>, at San Diego, California.


| | |
|---|---|
| C. Ramirez | *C. Ramirez* |
| Declarant | Signature |

LA2022402092
84114325.docx